United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RASHID & RASHIDS, LP §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>SCOTTSDALE INSURANCE §<br>COMPANY §<br>*Defendant.* § | CIVIL ACTION NO. 7:23-cv-00265 |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Rashid & Rashids, LP and Defendant Scottsdale Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this __17th__ day of __May__, 2024.

_Drew B Tipton_
UNITED STATES DISTRICT JUDGE

1